UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   JOSEPH M MARIGLIANO                              § § § § § § §      Case No.: 08-34476
         MELISSA D MARIGLIANO


         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/17/2008.

2) This case was confirmed on 03/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/25/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/10/2009, 11/02/2010.

5) The case was dismissed on 02/28/2011.

6) Number of months from filing to the last payment: 25

7) Number of months case was pending: 29

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 42,260.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 11,160.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 11,160.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,005.58 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 731.25 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,736.83 |
| Attorney fees paid and disclosed by debtor | $ 627.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GMAC | SECURED | 13,135.00 | 22,729.62 | 22,729.62 | 5,830.90 | 2,080.84 |
| GMAC | SECURED | 15,000.00 | 20,427.66 | .00 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 334.00 | 297.03 | 297.03 | .00 | .00 |
| US BANK NA | SECURED | 228,012.00 | 227,424.57 | .00 | .00 | .00 |
| US BANK NA | SECURED | NA | 10,044.03 | .00 | .00 | .00 |
| GMAC | UNSECURED | 8,602.00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 5,559.00 | 8,702.79 | 8,702.79 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 500.00 | 1,576.42 | 1,562.00 | 511.43 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 1,062.00 | .00 | 14.42 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 2,000.00 | 3,420.95 | 3,420.95 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 2,620.00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| ALBERTSONS | UNSECURED | 46.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 471.00 | 190.56 | 190.56 | .00 | .00 |
| AT&T | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| ASSOCIATES UROLOGICA | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 471.00 | 471.03 | 471.03 | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL MGMT VENTURE | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| BUDS AMBULANCE | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 862.00 | 966.40 | 966.40 | .00 | .00 |
| CDA/PONTIAC | UNSECURED | 2,854.00 | 2,853.80 | 2,853.80 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CFC DEFICIENCY RECOV | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 4,564.00 | 4,623.59 | 4,623.59 | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 295.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 512.00 | 846.83 | 846.83 | .00 | .00 |
| COMCAST | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| DAVID LEVY DDS | UNSECURED | 308.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 380.00 | NA | NA | .00 | .00 |
| SOUTHWEST INFECTIOUS | UNSECURED | 57.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 567.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 490.00 | NA | NA | .00 | .00 |
| DUPAGE VALLEY ANESTH | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | 457.00 | NA | NA | .00 | .00 |
| ER PEDIATRICS | UNSECURED | 295.00 | NA | NA | .00 | .00 |
| ER PEDIATRICS | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 428.00 | 228.61 | 228.61 | .00 | .00 |
| GENESIS FINANCIAL SO | UNSECURED | 2,885.00 | NA | NA | .00 | .00 |
| GFS CORINTHIAN | UNSECURED | 2,885.00 | NA | NA | .00 | .00 |
| GREGORY EMERGENCY PH | UNSECURED | 264.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 506.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 489.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 354.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| JOHN J GNAP MD | UNSECURED | 60.00 | 60.00 | 60.00 | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 341.00 | NA | NA | .00 | .00 |
| BUDS AMBULANCE SVC | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| OREILLY MEDICAL CONS | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 367.00 | 403.62 | 403.62 | .00 | .00 |
| CHASE BANK | UNSECURED | 331.00 | 366.24 | 366.24 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | 457.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| A NEW YOU | UNSECURED | 1,150.00 | NA | NA | .00 | .00 |
| OREILY MEDICAL | UNSECURED | 341.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 436.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| PRONGER SMITH CLINIC | UNSECURED | 2,863.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| RAJENDRA SHAH MD | UNSECURED | 1,150.00 | NA | NA | .00 | .00 |
| RIDGE ORTHOPEDICS | UNSECURED | 223.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 3,413.00 | 6,372.72 | 6,372.72 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,915.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                  Claim         Claim         Claim      Principal      Int.   |
|   Name          Class    Scheduled     Asserted      Allowed        Paid         Paid  |
|                                                                              |
|ROUNDUP FUNDING LLC  UNSECURED     720.00       602.51       602.51         .00         .00 |
|SEARS/CBSD           UNSECURED   2,733.00           NA           NA         .00         .00 |
|SOUTHWEST INFECTIOUS UNSECURED      56.00           NA           NA         .00         .00 |
|ST FRANCIS HOSPITAL  UNSECURED     341.00           NA           NA         .00         .00 |
|WOW INTERNET AND CAB UNSECURED     316.00           NA           NA         .00         .00 |
|JENNIFER SMARTS      OTHER            .00           NA           NA         .00         .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 22,729.62 | 5,830.90 | 2,080.84 |
| All Other Secured | 1,562.00 | 511.43 | .00 |
| **TOTAL SECURED:** | 24,291.62 | 6,342.33 | 2,080.84 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 30,421.10 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,736.83 |
| Disbursements to Creditors | $ | 8,423.17 |
| **TOTAL DISBURSEMENTS:** | $ | 11,160.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    05/12/2011                    /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**